# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **DERRICK BROWN ET AL** | **CIV. ACTION NO. 3:25-00840** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **HIBBETT SPORTS STORE #81** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### JUDGMENT OF REMAND

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 9] with Defendant Hibbett Retail, Inc.'s written and filed objections thereto [Doc. No. 21], and reviewing the record *de novo* and concurring with the findings and reasons of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that this matter is **REMANDED** to the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana, whence it was removed. 28 U.S.C. § 1447(e).

MONROE, LOUISIANA, this 22nd day of January 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE